JOHN D. FORSYTH (CABN 178341)
LAW OFFICE OF JOHN D. FORSYTH
2431 Fillmore Street
San Francisco, California 94115
415-401-0729 telephone
415-401-7609 facsimile
sotts@earthlink.net e-mail

ATTORNEY FOR DEFENDANT
CLAUDIO MACIEL

LAURIE KLOSTER GRAY (MNBN 015361)
ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6557
Fax: (415) 436-7234
Email: laurie.kloster.gray@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-15 00416 WHA |
| v. | STIPULATION TO CONTINUE DEFENDANT CLAUDIO MACIEL'S MAY 10, 2016 SENTENCING HEARING AND [~~PROPOSED~~] ORDER |
| CLAUDIO MACIEL | |
| Defendant | |

This stipulation is submitted on behalf of the government and defendant CLAUDIO MACIEL. Mr. MACIEL has pleaded guilty to possession of a firearm in violation of 18 U.S.C. section 922(g)(1) on February 24, 2016. Mr. MACIEL is currently detained.

Defense counsel and the government submit this stipulation to postpone the sentencing hearing because of government counsel's obligations in other cases and because defense counsel wants the contested issues in *United States v. Cestoni*, CR 15-416-WHA, resolved prior to Maciel's sentencing. Specifically, AUSA Gray has opposition motions to a motion to suppress, a motion to dismiss, and a

STIP TO CONTINUE MACIEL SENTENCING HEARING
15-CR-00416 WHA

1

1  motion to return property due to be filed on May 3, 2016, in *United States v. Salas*, CR 14-0413-JSW.
2  AUSA Dawson in presently in trial in *United States v. McGaha*, CR 15-0126-WHA.  Both AUSA Gray
3  and Dawson have post-trial pleadings due in *United States v. Cestoni*, CR 15-416-WHA, by noon on
4  May 3, 2016.  As a result, government counsel asks that the matter be continued to allow the
5  government sufficient time to file its sentencing memorandum in this matter.
6       Defense counsel asks that the matter be continued because he believes that post-trial motions in
7  *Cestoni* may have direct and/or indirect consequences on Mr. Maciel's sentencing hearing.
8       Given the foregoing, the parties to this stipulation respectfully request that the scheduled
9  sentencing hearing on May 10, 2016 be vacated and continued until **June 7, 2016**, or until a later date of
10 the Court's convenience.

Dated: April 28, 2016

SO STIPULATED:

_____
JOHN D. FORSYTH
Counsel for CLAUDIO MACIEL

SO STIPULATED:

BRIAN J. STRETCH
Acting U.S. Attorney

_____/s/_____
ANDREW F. DAWSON
Assistant U.S. Attorney

_____/s/_____
LAURIE KLOSTER GRAY
Assistant U.S. Attorney

STIP TO CONTINUE MACIEL SENTENCING HEARING
15-CR-00416 WHA

[~~PROPOSED~~] ORDER

For the reasons stated in the parties' stipulation to vacate the May 10, 2016 sentencing hearing date for co-defendant, CLAUDIO MACIEL, it is hereby ORDERED that:

(1) The May 10, 2016 sentencing hearing is vacated as to defendant CLAUDIO MACIEL and defendant MACIEL shall appear for sentencing on ~~June 7, 2016~~

June 14, 2016 at 1:30 P.M.

IT IS SO ORDERED.

DATED: April 29, 2016.



HON. WILLIAM H. ALSUP
United States District Court

STIP TO CONTINUE MACIEL SENTENCING HEARING
15-CR-00416 WHA

3