1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 15-0416 WHA |
| Plaintiff, | ) ) | **[PROPOSED] PRELIMINARY ORDER OF FORFEITURE** |
| v. | ) ) | |
| CLAUDIO MACIEL, | ) ) | |
| Defendant. | ) ) | |

Having considered the application for a Preliminary Order of Forfeiture filed by the United States and the open Court plea entered on February 24, 2016, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

    a.  a Smith & Wesson brand, 0.38 caliber revolver, Model 38 Special, bearing serial number 529802,

pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

1    IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize

2    the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least

3    thirty days, notice of this Order, notice of the government's intent to dispose of the property in such

4    manner as the Attorney General may direct and provide notice that any person, other than the defendant,

5    having or claiming a legal interest in the property, must file a petition with the Court and serve a copy

6    on government counsel within (30) days of the final publication of notice or of receipt of actual notice,

7    whichever is earlier;

8    IT IS FURTHER ORDERED that the government may conduct discovery in order to identify,

9    locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal

10   Rules of Criminal Procedure;

11   IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary

12   Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure

13   32.2(e); and

14   Defendant Claudio Maciel was sentenced on June 14, 2016.  As part of his sentence, the Court

15   ordered the forfeiture of the subject property, which was incorporated in the Judgment and Commitment,

16   entered on June 20, 2016.

17   IT IS SO ORDERED this __26__ day of ___July_____ 2016.

18

19   _____

20   WILLIAM ALSUP
     United States District Judge

21

22

23

24

25

26

27

28