UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　Plaintiff, )<br>　v. )<br>CLAUDIO MACIEL, )<br>　　　Defendant. ) | **CASE NO. CR 15-0416 WHA**<br><br>**[PROPOSED] FINAL ORDER OF FORFEITURE** |

　　　On July 26, 2016, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

　　　a.　a Smith & Wesson brand, 0.38 caliber revolver, Model 38 Special, bearing serial number 529802,

pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: October 4, 2016.

_____
WILLIAM ALSUP
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 15-0416 WHA                                    2